Robert James GRAVES, Petitioner—
Appellant,

v.

Warden W. Elaine CHAPMAN,
Respondent—Appellee.

No. 08–6423.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 22, 2008.

Decided: Aug. 13, 2008.

Robert James Graves, Appellant Pro Se.

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert James Graves, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Graves v. Warden W. Chapman,* No. 5:07–hc–02164–H (E.D.N.C. Feb. 29, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*